<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 01-1097**

---

JOHN P. KIM,

Plaintiff - Appellant,

versus

LOUIS CALDERA, Secretary of the Army,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-00-1531-A)

---

Submitted: August 31, 2001          Decided: October 1, 2001

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas J. Gagliardo, Silver Spring, Maryland, for Appellant. Kenneth E. Melson, United States Attorney, Mark David Maxwell, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John P. Kim appeals the district court's order granting Appellee's motion to dismiss and dismissing with prejudice Kim's employment discrimination action alleging retaliation. We have reviewed the parties' briefs, the joint appendix, and the district court's reasoning stated from the bench and find no reversible error. We agree with the district court that Kim suffered no adverse employment action and, therefore, failed to state a prima facie case of retaliation. See Von Gunten v. Maryland, 243 F.3d 858, 863, 866 (4th Cir. 2001); Page v. Bolger, 645 F.2d 227, 233 (4th Cir. 1981) (en banc). Accordingly, we affirm on the reasoning of the district court.[*] Kim v. Caldera, No. CA-00-1531-A (E.D. Va. filed Dec. 15, 2000; entered Dec. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Where, as in this case, the district court considered matters outside the pleadings, it should have treated the motion to dismiss as a motion for summary judgment. Fed. R. Civ. P. 12(b); Laughlin v. Metropolitan Wash. Airports Auth., 149 F.3d 253, 260-61 (4th Cir. 1998). Because Kim had ample notice of a possible conversion and because Rule 12(b)(6) does not impose on the district court "an obligation to notify parties of the obvious," id. at 261, we find that any error in the court's characterization of Appellee's motion as a motion to dismiss was harmless error.